IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR298 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAPHNE EVANS, | ) | ORDER TO RELEASE |
| | ) | GARNISHMENT |
| Defendant. | ) | |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against All Native Inc, 1 Mission Drive, P.O. Box 390, Winnebago, NE 68071.

IT IS HEREBY ORDERED that the garnishment against All Native Inc, is released.

Dated March 16, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge